573 A.2d 1024

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Jennie I. PEKARSKI.**

Supreme Court of Pennsylvania.

Argued April 3, 1990.

Decided May 7, 1990.

Alan M. Rubenstein, Dist. Atty., Stephen B. Harris, Chief of Appeals, Warrington, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div. Philadelphia, George S. Leone, Asst. Dist. Atty., for: amicus—D.A. of Phila.

Richard Fink, Ronald H. Elgart, Levittown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.